JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE LYNN FRY, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:23-cv-00891-MDC <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. This stipulation only pertains to Plaintiff's claim for supplemental security income under Title XVI of the Social Security Act. Plaintiff's concurrent claim for a period of disability and disability insurance

benefits under Title II of the Social Security Act was voluntarily withdrawn and dismissed by the Administrative Law Judge (ALJ) at the hearing level.

On remand, the Appeals Council will remand the case to an ALJ for a new decision. The ALJ will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 28, 2024       Respectfully submitted,

                                           OLINSKY LAW GROUP

                                           */s/ Hal Taylor*
                                           HAL TAYLOR
                                           (*as authorized via email on February 27, 2024)
                                           Attorney for Plaintiff

Dated: February 28, 2024       Respectfully submitted,

                                           JASON M. FRIERSON
                                           United States Attorney

                                           */s/ David Priddy*
                                           DAVID PRIDDY
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

                                                     IT IS SO ORDERED

_____
Richard F. Boulware
United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Hal Taylor
2551 W. Lakeridge Shores
Reno, NV 89519
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2024

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney